IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLSTATE INSURANCE COMPANY,     )
                                )
            Plaintiff,          )
                                ) Civil No. 04-3019-CO
    v.                          )
                                ) ORDER
MICHAEL STEPHEN FULMER,         )
et al.,                         )
                                )
            Defendants.         )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on July 7, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's motion for summary judgment (#38) is granted and a judgment will enter dismissing this case.

IT IS SO ORDERED.

DATED this __2nd__ day of __August__, 2005.


                                       __/s/ Michael R. Hogan__
                                       UNITED STATES DISTRICT JUDGE